# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARY ALAN HINE | § | CASE NO. 09-71604-RJN |
| ALEXIS PERRIE HARRIT | § | CHAPTER 13 |
| | § | |
| | § | JUDGE RANDALL J. NEWSOME |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**VW Credit, Inc.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Larry Buckley
_____

Larry Buckley

F# 6226-N-5079
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for VW Credit, Inc.

# CERTIFICATE OF SERVICE

      I, Larry Buckley, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 11, 2010:

**Debtors' Attorney**
Corrine Bielejeski
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA  94612

**Chapter 13 Trustee**
Martha G. Bronitsky
Post Office Box 5004
Hayward, California 94540-5004

**U.S. Trustee**
Office of the US Trustee
1301 Clay Street #690N
Oakland, California 94612

/s/ Larry Buckley

Larry Buckley

6226-N-5079
noaelect